

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

IGNACIO E. MONTANES,                  §
                                                                      No. 08-14-00021-CV
                              Appellant,         §
                                                                      Appeal from the
v.                                                    §
                                                                      County Court at Law Number Three
CACH, LLC,                                       §
                                                                      of Dallas County, Texas
                              Appellee.           §
                                                                      (TC# CC-12-06973-C)
                                                      §

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.1.   Appellant represents the parties have settled all matters in controversy.   We grant the motion and dismiss the appeal.   Costs are assessed against Appellant.   *See* TEX. R. APP. P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).


                                                      GUADALUPE RIVERA, Justice

July 25, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.